CONDON & FORSYTH, LLP
7 Times Square
New York, New York 10036
(212) 894-6778

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BELUGA CHARTERING GMBH
                           Plaintiff,

   - against -

KOREA LOGISTICS SYSTEMS INC.
                           Defendant.
------------------------------------------------------------X

_____ Civ. _____

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that Beluga Chartering GmbH is a private (non governmental) entity, which is not owned by a publicly held corporation, and that its parent corporation is Beluga Shipping GmbH.

Dated: New York, New York
         May 28, 2008

                                            CONDON & FORSYTH LLP

                                       By: _____
                                            Lili F. Beneda (LB 1879)
                                            7 Times Square, 18th Floor
                                            New York, New York 10036
                                            Telephone: (212) 894-6778
                                            Facsimile: (212) 597-6721