UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

BELUGA CHARTERING GMBH

                          Plaintiff,

      - against -

KOREA LOGISTICS SYSTEMS INC.

                        Defendant.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05 28 08

08 Civ. 4896

**ORDER APPOINTING SPECIAL
PROCESS SERVER TO SERVE *EX
PARTE* ORDER OF PROCESS OF
MARITIME ATTACHMENT**

      An application having been made by counsel for Plaintiff for an Order Appointing a

Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

      NOW, good cause having been shown, it is hereby

      ORDERED, that Lili F. Beneda, or a partner, associate, agent or paralegal of

Condon & Forsyth, LLP and is hereby appointed, in addition to the United States Marshal,

to serve the Process of Maritime Attachment and Garnishment pursuant to Rule B of the

Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal

Rules and Civil Procedure upon and garnishee(s) who may hold tangible or intangible

property belonging to or claimed by or being held for Defendant, and the Order of Maritime

Attachment and Information Subpoena may be served by way of facsimile transmission as

provided by the Ex Parte Order for Process of Maritime Attachment.

Dated:  New York, New York
       May 28, 2008

                                  U.S.D.J