UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BELUGA CHARTERING GMBH                          :
                                                :
                          Plaintiff,            :          08-CV-4896 (RWS) (HP)
                                                :
          - against -                           :          **MOTION TO ADMIT COUNSEL**
                                                :          **PRO HAC VICE**
KOREA LOGISTICS SYSTEMS INC.                    :
                                                :
                          Defendants.           :
                                                :
                                                :
------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern District of New York, I, LILI F. BENEDA, a member in good standing

of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

|                     |                                                  |
|---------------------|--------------------------------------------------|
| Applicant's Name:   | Michael J. Nicaud                                |
| Firm Name:          | Galloway, Johnson, Tompkins, Burr & Smith        |
| Address:            | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip:     | New Orleans, Louisiana 70139                     |
| Phone Number:       | (504) 525-6802                                   |
| Fax Number:         | (504) 525-2456                                   |

Michael J. Nicaud is a member in good standing of the Supreme Court of Louisiana. There are

no pending disciplinary proceedings against Michael J. Nicaud in any State or Federal Court.

Dated: June 2 , 2008
       New York, New York


                                        Respectfully submitted,

                                        CONDON & FORSYTH LLP


                                        By: _____
                                             Lili F. Beneda (LB 1879)
                                             7 Times Square, 18th Floor
                                             New York, New York 10036
                                             Telephone: (212) 894 -6778
                                             Facsimile:  (212) 597-6721

                                             Attorneys for Plaintiff
                                             Beluga Chartering GmbH


cc:  (Via Mail, E-mail & Facsimile)

Jason Waguespack, Esq.
Michael J. Nicaud, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square, 701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Attorneys for Plaintiff, Beluga Chartering GmbH
Tel:  504-525-6802
Fax:  504-525-2456
E-mail:  jwaguespack@gjtbs.com & mnicaud@gjtbs.com

Korea Logistics Systems Inc.
Room 1907, 19th Floor
Janggyo Bldg. 1
Jonggyo-dong, jung-Ku
Seoul, Korea

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                            ) ss:
COUNTY OF NEW YORK  )

        ELIZABETH TORRES, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hopewell Junction, New York.  That on the 2nd day of June, 2008, deponent served the within **MOTION TO ADMIT COUNSEL PRO HAC VICE FOR MICHAEL J. NICAUD** upon:

| | |
|---|---|
| Jason Waguespack, Esq. | Korea Logistics Systems Inc. |
| Michael J. Nicaud, Esq. | Room 1907, 19th Floor |
| Galloway, Johnson, Tompkins, Burr & Smith | Janggyo Bldg. 1 |
| One Shell Square, 701 Poydras Street, 40th Floor | Jonggyo-dong, jung-Ku |
| New Orleans, Louisiana 70139 | Seoul, Korea |
| *Attorneys for Plaintiff* | |

at the addresses designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                     ELIZABETH TORRES

Sworn to before me this
2nd of June, 2008

Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BELUGA CHARTERING GMBH                     :

                              Plaintiff,    :          08-CV-4896 (RWS) (HP)

           - against -                      :          **MOTION TO ADMIT COUNSEL**
                                            :          **PRO HAC VICE**
KOREA LOGISTICS SYSTEMS INC.                :

                              Defendants.   :

                                            :

------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern District of New York, I, LILI F. BENEDA, a member in good standing

of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

|  |  |
|---|---|
| Applicant's Name: | Jason Waguespack |
| Firm Name: | Galloway, Johnson, Tompkins, Burr & Smith |
| Address: | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip: | New Orleans, Louisiana 70139 |
| Phone Number: | (504) 525-6802 |
| Fax Number: | (504) 525-2456 |

Jason Waguespack is a member in good standing of the Supreme Court of Louisiana. There are

no pending disciplinary proceedings against Jason Waguespack in any State or Federal Court.

Dated: June **2**, 2008
          New York, New York

                              Respectfully submitted,

                              CONDON & FORSYTH LLP

                              By: _____
                                    Lili F. Beneda (LB 1879)
                                    7 Times Square, 18th Floor
                                    New York, New York 10036
                                    Telephone: (212) 894 -6778
                                    Facsimile:   (212) 597-6721

                                    Attorneys for Plaintiff
                                    Beluga Chartering GmbH

cc:  (Via Mail, E-mail & Facsimile)

Jason Waguespack, Esq.
Michael J. Nicaud, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square, 701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Attorneys for Plaintiff, Beluga Chartering GmbH
Tel:  504-525-6802
Fax:  504-525-2456
E-mail:  jwaguespack@gjtbs.com & mnicaud@gjtbs.com

Korea Logistics Systems Inc.
Room 1907, 19th Floor
Janggyo Bldg. 1
Jonggyo-dong, jung-Ku
Seoul, Korea

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK  )

       ELIZABETH TORRES, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hopewell Junction, New York. That on the 2nd day of June, 2008, deponent served the within **MOTION TO ADMIT COUNSEL PRO HAC VICE FOR JASON WAGUESPACK** upon:

<table>
<tr>
<td>

Jason Waguespack, Esq.
Michael J. Nicaud, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square, 701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
*Attorneys for Plaintiff*

</td>
<td>

Korea Logistics Systems Inc.
Room 1907, 19th Floor
Janggyo Bldg. 1
Jonggyo-dong, jung-Ku
Seoul, Korea

</td>
</tr>
</table>

at the addresses designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                              ELIZABETH TORRES

Sworn to before me this
2nd of June, 2008

Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

BELUGA CHARTERING GMBH                           :
                                                 :
                              Plaintiff,          :        08-CV-4896 (RWS) (HP)
                                                 :
        - against -                              :        **AFFIDAVIT OF LILI F. BENEDA**
                                                 :        **IN SUPPORT OF MOTION TO**
KOREA LOGISTICS SYSTEMS INC.                     :        **ADMIT COUNSEL PRO HAC VICE**
                                                 :
                              Defendants.          :
                                                 :
                                                 :
-------------------------------------------------------------x

State of New York          §
                           §
County of New York         §

        LILI F. BENEDA, being duly sworn, deposes and says as follows:

1.      I am an associate with Condon & Forsyth LLP, counsel for Plaintiff Beluga
        Chartering GmbH ("Beluga") in the above captioned action. I am familiar
        with the proceedings in this case. I make this statement based on my personal
        knowledge of the facts set forth herein and in support of Plaintiff Beluga's
        motion to admit Michael J. Nicaud as counsel *pro hac vice* to represent
        Plaintiff Beluga in this matter.

2.      I am a member in good standing of the bar of the State of New York and was
        admitted to practice law in 2005. I am also admitted to the bar of the United
        States District Court for the Southern District of New York, and am in good
        standing with this Court.

3.      I have known Michael J. Nicaud since approximately 2001.

4.      Mr. Nicaud is an associate at Galloway, Johnson, Tompkins, Burr & Smith.

5.      I have found Mr. Nicaud to be a skilled attorney and a person of integrity. He
        is experienced in federal practice and is familiar with the Federal Rules of
        Civil Procedure.

6.      Attached hereto as Exhibit A is a Certificate from the Louisiana Supreme
        Court which has been issued within thirty days of this motion, and which
        states that Michael J. Nicaud is a member in good standing of the Louisiana
        State Bar.

7.    Accordingly, I am pleased to move the admission of Michael J. Nicaud, *pro hac vice*.

8.    I respectfully submit a proposed order granting the admission of Michael J. Nicaud, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Michael J. Nicaud, *proc hac vice*, to represent Beluga in the above captioned matter, be granted.

_____
Lili F. Beneda

Subscribed and sworn to before me
this 2nd day of June, 2008.

_____
Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2010

2

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of

Louisiana, do hereby certify that

### MICHAEL J. NICAUD, JR., ESQ., #29365

was duly admitted and licensed to practice as an attorney and counselor at law in this Court

and the several courts of the State of Louisiana, on the 15th Day of October, 2004 A.D.; and

is currently in good standing, and sufficiently qualified to perform the duties of an attorney

and counselor at law.

IN WITNESS WHEREOF, I hereunto sign

my name and affix the seal of this Court,

at the City of New Orleans, this the 21st

Day of May, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

BELUGA CHARTERING GMBH                                   :
:
                                    Plaintiff,           :           08-CV-4896 (RWS) (HP)
:
:                          **ORDER FOR ADMISSION PRO
- against -                                              :           HAC VICE ON WRITTEN
:                                  MOTION**
KOREA LOGISTICS SYSTEMS INC.                             :
:
                                    Defendants.          :
------------------------------------------------------------ x

Upon the motion of LILI F. BENEDA, attorney for Plaintiff Beluga Chartering GmbH

("Beluga"), and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael J. Nicaud |
| Firm Name: | Galloway, Johnson, Tompkins, Burr & Smith |
| Address: | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip: | New Orleans, Louisiana 70139 |
| Phone Number: | (504) 525-6802 |
| Fax Number: | (504) 525-2456 |

is admitted to practice *pro hac vice* as counsel for Plaintiff Beluga in the above captioned case in

the United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel has

forwarded the *pro hac vice* fee to the Clerk of the Court.

Dated:   June ____, 2008
         New York, New York

                                                  _____
                                                  Hon. Robert W. Sweet
                                                  United States District Judge

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF NEW YORK  )

       ELIZABETH TORRES, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hopewell Junction, New York. That on the 2nd day of June, 2008, deponent served the within **AFFIDAVIT OF LILI F. BENEDA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE FOR MICHAEL J. NICAUD** and **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** upon:

| | |
|---|---|
| Jason Waguespack, Esq. | Korea Logistics Systems Inc. |
| Michael J. Nicaud, Esq. | Room 1907, 19th Floor |
| Galloway, Johnson, Tompkins, Burr & Smith | Janggyo Bldg. 1 |
| One Shell Square, 701 Poydras Street, 40th Floor | Jonggyo-dong, jung-Ku |
| New Orleans, Louisiana 70139 | Seoul, Korea |
| *Attorneys for Plaintiff* | |

at the addresses designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

ELIZABETH TORRES

Sworn to before me this
2nd of June, 2008

Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BELUGA CHARTERING GMBH                      :
                                            :
                          Plaintiff,        :          08-CV-4896 (RWS) (HP)
                                            :
                                            :     **AFFIDAVIT OF LILI F. BENEDA**
        - against -                         :       **IN SUPPORT OF MOTION TO**
                                            :     **ADMIT COUNSEL PRO HAC VICE**
KOREA LOGISTICS SYSTEMS INC.                :
                                            :
                          Defendants.       :
                                            :
------------------------------------------------------------x

State of New York            §
                             §
County of New York           §

LILI F. BENEDA, being duly sworn, deposes and says as follows:

1.      I am an associate with Condon & Forsyth LLP, counsel for Plaintiff Beluga
        Chartering GmbH ("Beluga") in the above captioned action. I am familiar
        with the proceedings in this case. I make this statement based on my personal
        knowledge of the facts set forth herein and in support of Plaintiff Beluga's
        motion to admit Jason Waguespack as counsel *pro hac vice* to represent
        Plaintiff Beluga in this matter.

2.      I am a member in good standing of the bar of the State of New York and was
        admitted to practice law in 2005. I am also admitted to the bar of the United
        States District Court for the Southern District of New York, and am in good
        standing with this Court.

3.      Mr. Waguespack is a partner at Galloway, Johnson, Tompkins, Burr & Smith.

4.      I have found Mr. Waguespack to be a skilled attorney and a person of
        integrity. He is experienced in federal practice and is familiar with the
        Federal Rules of Procedure.

5.      Attached hereto as Exhibit A is a Certificate from the Louisiana Supreme
        Court which has been issued within thirty days of this motion, and which
        states that Jason Waguespack is a member in good standing of the Louisiana
        State Bar.

6.      Accordingly, I am pleased to move the admission of Jason Waguespack, *pro
        hac vice*.

7.    I respectfully submit a proposed order granting the admission of Jason Waguespack, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Jason Waguespack, proc hac vice, to represent Beluga in the above captioned matter, be granted.

Lili F. Beneda

Subscribed and sworn to before me
this 2nd day of June, 2008.

Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2010

2

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of

Louisiana, do hereby certify that

### JASON PAUL WAGUESPACK, ESQ., #21123

was duly admitted and licensed to practice as an attorney and counselor at law in this Court

and the several courts of the State of Louisiana, on the 11th Day of October, 1991 A.D.; and

is currently in good standing, and sufficiently qualified to perform the duties of an attorney

and counselor at law.

IN WITNESS WHEREOF, I hereunto sign

my name and affix the seal of this Court,

at the City of New Orleans, this the 21st

Day of May, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

BELUGA CHARTERING GMBH                    :
                                          :
                        Plaintiff,        :          08-CV-4896 (RWS) (HP)
                                          :
                                          :       **ORDER FOR ADMISSION PRO**
        - against -                       :         **HAC VICE ON WRITTEN**
                                          :              <u>**MOTION**</u>
KOREA LOGISTICS SYSTEMS INC.              :
                                          :
                        Defendants.       :
------------------------------------------------------------- x

   Upon the motion of LILI F. BENEDA, attorney for Plaintiff Beluga Chartering GmbH

("Beluga"), and said sponsor attorney's affidavit in support:


**IT IS HEREBY ORDERED** that

|  |  |
|---|---|
| Applicant's Name: | Jason Waguespack |
| Firm Name: | Galloway, Johnson, Tompkins, Burr & Smith |
| Address: | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip: | New Orleans, Louisiana 70139 |
| Phone Number: | (504) 525-6802 |
| Fax Number: | (504) 525-2456 |

is admitted to practice *pro hac vice* as counsel for Plaintiff Beluga in the above captioned case in

the United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel has

forwarded the *pro hac vice* fee to the Clerk of the Court.

Dated:   June ____, 2008
         New York, New York

                                              _____
                                              Hon. Robert W. Sweet
                                              United States District Judge

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NEW YORK  )

         ELIZABETH TORRES, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hopewell Junction, New York. That on the 2nd day of June, 2008, deponent served the within **AFFIDAVIT OF LILI F. BENEDA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE FOR JASON WAGUESPACK** and **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** upon:

| | |
|---|---|
| Jason Waguespack, Esq. | Korea Logistics Systems Inc. |
| Michael J. Nicaud, Esq. | Room 1907, 19th Floor |
| Galloway, Johnson, Tompkins, Burr & Smith | Janggyo Bldg. 1 |
| One Shell Square, 701 Poydras Street, 40th Floor | Jonggyo-dong, jung-Ku |
| New Orleans, Louisiana 70139 | Seoul, Korea |
| *Attorneys for Plaintiff* | |

at the addresses designated by said attorneys for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                     ELIZABETH TORRES

Sworn to before me this
2nd of June, 2008

Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2010