UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BELUGA CHARTERING GMBH

                           Plaintiff,

- against -

KOREA LOGISTICS SYSTEMS INC.

                          Defendants.
-------------------------------------------------------------x

**COURTESY COPY**

08-CV-4896 (RWS) (HP)

**MOTION TO ADMIT COUNSEL
<u>PRO HAC VICE</u>**



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, LILI F. BENEDA, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:    Michael J. Nicaud
    Firm Name:    Galloway, Johnson, Tompkins, Burr & Smith
    Address:    One Shell Square, 701 Poydras Street, 40th Floor
    City/State/Zip:    New Orleans, Louisiana 70139
    Phone Number:    (504) 525-6802
    Fax Number:    (504) 525-2456

Michael J. Nicaud is a member in good standing of the Supreme Court of Louisiana. There are

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

*Motion granted*
*So ordered*
*Sweet*