UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BELUGA CHARTERING GMBH

                      Plaintiff,

- against -

KOREA LOGISTICS SYSTEMS INC.

                      Defendants.
-------------------------------------------------------x

**COURTESY COPY**

08-CV-4896 (RWS) (HP)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**



RECEIVED JUN 0 3 2008 JUDGE SWEET CHAMBERS

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, LILI F. BENEDA, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Jason Waguespack |
| Firm Name: | Galloway, Johnson, Tompkins, Burr & Smith |
| Address: | One Shell Square, 701 Poydras Street, 40th Floor |
| City/State/Zip: | New Orleans, Louisiana 70139 |
| Phone Number: | (504) 525-6802 |
| Fax Number: | (504) 525-2456 |

Jason Waguespack is a member in good standing of the Supreme Court of Louisiana. There are

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

*Motion granted*
*So ordered*
*[signature]*
*USDJ*
*6·3·0ƒ*