UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

BELUGA CHARTERING GMBH,

     Plaintiff,

 - against -

KOREA LOGISTICS SYSTEMS INC.,

     Defendant.

------------------------------------------X

O R D E R

08 Civ. 4896 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

**Sweet, D.J.,**

   Defendant Korea Logistics Systems' motion to vacate the
Ex Parte Order will be heard on submission without oral argument on
Wednesday, August 6, 2008.  All motion papers shall be served in
accordance with Local Civil Rule 6.1.

   It is so ordered.

**New York, NY**
**July 2 ⟩, 2008**

**ROBERT W. SWEET**
**U.S.D.J.**