UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BELUGA CHARTERING GMBH
                               Plaintiff,

                                                                                              08 Civ. 4896

        - against -

                                                                   **NOTICE OF APPEARANCE**

KOREA LOGISTICS SYSTEMS INC.
                               Defendants
-----------------------------------------------------------X

      Please take notice that the undersigned enters his appearance as counsel for plaintiff, Beluga Chartering GmbH, in the referenced action. Jason P. Waguespack is the lead attorney for Beluga Chartering GmbH.

Dated: New York, New York
         August 19, 2008

                                               /s      Jason P. Waguespack
                                               Jason P. Waguespack (La. Bar No. 21123)
                                               *Admitted pro hac vice*
                                               Michael J. Nicaud (La. Bar No. 29365)
                                               *Admitted pro hac vice*
                                               GALLOWAY, JOHNSON, TOMPKINS,
                                               BURR & SMITH
                                               701 Poydras Street, 40th Floor
                                               New Orleans, Louisiana 70139
                                               Telephone: (504) 525-6802
                                               Facsimile: (504) 525-2456

Lili F. Beneda (LB 1879)
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, New York 10036
Telephone: (212) 894-6778
Facsimile: (212) 597-6721
COUNSEL FOR BELUGA CHARTERING GMBH

**CERTIFICATE OF SERVICE**

2

      I do hereby certify that on August 19, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

                                  /s/ *Jason P. Waguespack*_____
                                  JASON P. WAGUESPACK